# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 22, 2021

### NO. 03-20-00613-CV

**Jack Tanner Thibodeaux and Karlie Ann Thibodeaux, Appellants**

**v.**

**Starx Investment Holdings, Inc. d/b/a Georgetown Collision Center, Appellee**

**APPEAL FROM THE 368TH DISTRICT COURT OF WILLIAMSON COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES TRIANA AND KELLY
AFFIRMED IN PART; REVERSED AND RENDERED IN PART; REMANDED
OPINION BY JUSTICE TRIANA**

This is an appeal from the denial by operation of law of appellants' motions to dismiss filed under the Texas Citizens Participation Act. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the denial by operation of law of appellants' motions. We render judgment granting appellants' motions to dismiss as to appellee's business-disparagement claim, and we remand the case to the trial court for further proceedings on attorneys' fees and possible sanctions. We affirm the trial court's refusal to dismiss the remainder of the appellee's claims. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.